Dismissed and Memorandum Opinion
filed September 24, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

___________________

          

NO. 14-09-00542-CV

___________________

 

GARY GIDDINGS, Appellant

 

V.

 

FIA CARD SERVICES, N.A. FKA
MBNA AMERICA BANK, Appellee



 



On Appeal from the 152nd District Court

Harris County, Texas



Trial Court Cause No. 2008-34997



 

 

MEMORANDUM OPINION

            This
is an appeal from a default judgment signed April 8, 2009.  On August 21, 2009,
the parties filed a supplemental clerk’s record containing an order signed June
19, 2009, granting appellant’s motion for new trial.  Because the April 8, 2009
judgment is no longer a final judgment, we dismiss the appeal for want of
jurisdiction.  See Tex. R. App. P. 42.3(a).

            Accordingly,
the appeal is ordered dismissed.

                                                                                    PER
CURIAM

 

 

Panel
consists of Justices Yates, Frost, and Brown.